IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:06-CV-00037

| | |
|---|---|
| GERI ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| STRATEGIC OUTSOURCING, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion for Admission *Pro Hac Vice* and for Extension of Time for Plaintiff to Respond to Defendant's Motion to Dismiss" (Document #14) filed March 17, 2006.

**NOW, THEREFORE, IT IS HEREBY ADJUDGED, DECREED AND ORDERED AS FOLLOWS:**

1. That attorney Steven Wingo be permitted to appear *pro hac vice* on behalf of Plaintiff Geri Andrews in the above-captioned matter; and

2. That Plaintiff's time for answering, moving, or otherwise pleading to Defendant's Motion to Dismiss on behalf of Plaintiff, pursuant to Rule 6 of the Federal Rules of Civil Procedure, is hereby extended for a period of thirty (30) days, through **April 17, 2006.**

**SO ORDERED**.

Signed: March 24, 2006

David C. Keesler
United States Magistrate Judge