IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:06-cv-00037

GERI ANDREWS,

        Plaintiff,

vs.

STRATEGIC OUTSOURCING, INC.,

        Defendant.

**CONSENT ORDER**

THIS MATTER having come on for hearing before the undersigned for the entry of this Consent Order modifying the Pretrial Order and Case Management Plan entered on August 3, 2006; the Court, having considered the consent of the parties as evidenced by the signature of their attorneys below, hereby finds and concludes that good cause exists for the entry of this Order.

NOW, THEREFORE, IT IS HEREBY ADJUDGED, DECREED AND ORDERED AS FOLLOWS:

1. All discovery shall be completed by February 15, 2007; and

2. All motions except motions *in limine* and motions to continue shall be filed by March 15, 2007.

Signed: December 13, 2006

*Graham C. Mullen*
Graham C. Mullen
United States District Judge

WE CONSENT:

/s/ Steven Ward Wingo
Steven Ward Wingo
The Briggs Law Firm, P.A.
521 SE Fort King Street
P.O. Box 2798
Ocala, Florida 34478-2798
swingo@thebriggslawfirm.com

*Attorney for Geri Andrews*

HAMILTON MOON STEPHENS
STEELE & MARTIN, PLLC

/s/Roxanne Matthews Lucy
David G. Redding
N.C. Bar No. 24476
Roxanne Matthews Lucy
N.C. Bar No. 32278
201 South College Street
Suite 2020
Charlotte, North Carolina 28244
dredding@lawhfm.com
rlucy@lawhfm.com

*Attorneys for Strategic Outsourcing, Inc.*

CHLT 149698v.1