UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV37**

| | |
|---|---|
| GERI ANDREWS,                 ) | |
|           Plaintiff,      ) | |
| v.                              ) | **ORDER** |
| STRATEGIC OUTSOURCING, INC.   ) | |
|           Defendant.   ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **July 9, 2007 term of court at 10:00 a.m.** in Charlotte.

So ordered.

Signed: March 22, 2007

_____
Graham C. Mullen
United States District Judge