UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV37

| | | |
|---|---|---|
| GERI ANDREWS, | ) | |
|     Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| STRATEGIC OUTSOURCING, INC., | ) | |
|     Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby continued to the **January 14, 2008** term of court in Charlotte at 10:00 a.m.

**IT IS SO ORDERED**.

Signed: August 2, 2007

Graham C. Mullen
United States District Judge

**Signed: November 22, 2005**

Graham C. Mullen
Chief United States District Judge