IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV37

| | |
|---|---|
| GERI ANDREWS, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| STRATEGIC OUTSOURCING, INC., | ) |
| Defendant and Third Party Plaintiff, | ) |
| vs. | ) |
| HYGRADE TIMBER COMPANY, INC., | ) |
| Third-Party Defendant. | ) |

This matter is before the court upon motion of the Defendant for an extension of time to comply with the Court's Notice to Counsel dated December 10, 2007. The Defendant shall have until 12:00 p.m. on Monday, December 24, 2007 to comply.

IT IS SO ORDERED.

Signed: December 20, 2007

Graham C. Mullen
United States District Judge